KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

DANA A. BARBATA #9112
Assistant U.S. Attorney
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Dana.Barbata@usdoj.gov

STANLEY E. WOODWARD, JR.
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Stanley.Woodward@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: APPLICATION OF STANLEY E. WOODWARD, JR. TO PRACTICE BEFORE THE COURT | ) MISC. NO. <br> ) <br> ) APPLICATION TO APPEAR ON <br> ) BEHALF OF THE UNITED <br> ) STATES; DECLARATION OF <br> ) STANLEY E. WOODWARD, JR. <br> ) |

## APPLICATION TO APPEAR ON BEHALF OF UNITED STATES

Pursuant to LR 83.1(c)(1) of the Local Rules of Practice for the United

States District Court for the District of Hawaii, Stanley E. Woodward, Jr., Attorney

for the United States of America, hereby notifies the court of his intention to

appear before this court on behalf of the United States and to attend to the interests

of the United States during the period of his employment by the United States and

requests leave to do so. A declaration in support of this is filed herewith.

DATED: November 12, 2025, at Washington, D.C.

STANLEY E. WOODWARD, JR.
Associate Attorney General
U.S. Department of Justice

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: APPLICATION OF STANLEY E. WOODWARD, JR. TO PRACTICE BEFORE THE COURT | ) MISC. NO. <br> ) <br> ) DECLARATION OF STANLEY E. <br> ) WOODWARD, JR. <br> ) |

## DECLARATION OF STANLEY E. WOODWARD, JR.

1. I am the Associate Attorney General Attorney of the United States employed by the Department of Justice.

2. I expect to appear on behalf of the United States and to tend to the interests of the United States before this Court.

3. I am an active member in good standing of the of the bars of the District of Columbia (2010) and the State of Maryland (2008) as well as the U.S. Supreme Court (2015), the U.S. Court of Appeals for the D.C. Circuit (2014), and the U.S. District Courts for the Districts of Maryland (2011), the District of Columbia (2012), and the Middle District of Tennessee (2025).

I declare, upon penalty of perjury, that the forgoing is true and correct.

DATED: November 12, 2025, at Washington, D.C.

_____
STANLEY E. WOODWARD, JR.

3